IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 98-20037
    No. 98-20039

PATRICIA MARTIN,
    Defendant

### ORDER FOR RETURN OF PASSPORT

Upon motion of the defendant for the return of her passport, and for good cause shown, it is ORDERED that the clerk of this court shall return the defendant's passport to her.

This _14_ day of October, 2003.

United States District Judge

Approved:

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC

By: _____
    Kemper B. Durand

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-14-03_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:98-CR-20037 was distributed by fax, mail, or direct printing on October 14, 2003 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Patricia Ann Martin
8705 Haystack Cove
Cordova, TN 38018

Honorable Bernice Donald
US DISTRICT COURT